UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>CHANTIX (VARENICLINE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION (NO. II)<br><br>*This Document Relates to:*<br><br>TERESA BAPTISTE,<br>      Plaintiff,<br><br>v.<br><br>PFIZER, INC.,<br>      Defendant. | Master Docket No. 1:22-md-3050 (KPF)<br><br>Individual Docket No. 1:23-cv-00211 (KPF)<br><br>**ORDER** |

**SO ORDERED** that Aaron J. Freiwald is withdrawn from representing Plaintiff Teresa Baptiste in this case. Attorney Ruben Honik of the law firm Honik LLC will continue to represent Plaintiff Teresa Baptiste.

```
The Clerk of Court is directed to terminate Mr. Freiwald from the
docket in 23 Civ. 211, and to terminate the pending motion at
docket entry 17.  The Clerk of Court is further directed to
terminate Mr. Freiwald from the docket in 22-MD-3050.

The Court wishes Mr. Freiwald the best in his future endeavors.
```

Dated: March 24, 2023

_____
Hon. Katherine Polk Failla