

DLA Piper LLP (US)
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Loren H. Brown
loren.brown@us.dlapiper.com
T   212.335.4846
F   212.884.8546

April 11, 2023

VIA ECF

Hon. Katherine Polk Failla
U.S. District Court for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 618
New York, NY  10007

Re:   *In re: Chantix (Varenicline) Marketing, Sales Practices and Products Liability Litigation (No. II)*, 22-MD-3050 (KPF), 22-MC-3050 (KPF)

Dear Judge Failla:

  We write on behalf of Defendant Pfizer Inc. ("Pfizer") in response to Temporary Plaintiffs' Counsel's letter today to the Court seeking proposed "core discovery" that Pfizer would produce during the pendency of Pfizer's forthcoming Motion to Dismiss the Master Complaint (the "Discovery Request") (ECF No. 31). Pfizer respectfully requests the Court's permission to respond to the Discovery Request by this Friday, April 14th.

              Respectfully,

              */s/ Loren H. Brown*

              Loren H. Brown

cc:  Counsel of Record