UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: <br><br> CHANTIX (VARENICLINE MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION (NO. II). <br><br> *This Document Relates to All Actions* | 22-MD-3050 (KPF) <br><br> 22-MC-3050 (KPF) |

**ORDER GRANTING PLAINTIFFS MSP RECOVERY CLAIMS SERIES 44, LLC, AND MSP RECOVERY CLAIMS, SERIES LLC'S MOTION TO WITHDRAW JORGE A. MESTRE AS PLAINTIFFS' INTERIM CO-LEAD COUNSEL**

This matter came before the Court upon Plaintiffs MSP Recovery Claims Series 44, LLC's and MSP Recovery Claims, Series LLC's (collectively, "MSP Plaintiffs"), Motion to withdraw Jorge A. Mestre as Plaintiffs' Interim Co-Lead Counsel (the "Motion"), and this Court, having reviewed the motion and court file, **ORDERS** as follows:

1. The Motion is **GRANTED**.

2. Jorge A. Mestre of Rivero Mestre, LLP, is withdrawn and removed as Plaintiffs' Interim Co-Lead Counsel and is relieved of and from any and all of his duties and further responsibilities as Interim Co-Lead Counsel.

```
The Clerk of Court is directed to terminate the pending motion at
docket entry 25.
```

**DONE AND ORDERED** this   2nd   day of _____April_____, 2024.

New York, New York

*Katherine Polk Failla*

_____
Hon. Katherine Polk Failla
United States District Judge

3