UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>CHANTIX (VARENICLINE MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION (NO. II).<br><br>*This Document Relates to All Actions* | 22-MD-3050 (KPF)<br><br>22-MC-3050 (KPF) |

**ORDER GRANTING PLAINTIFFS MSP RECOVERY CLAIMS SERIES 44, LLC, AND MSP RECOVERY CLAIMS, SERIES LLC'S
<u>MOTION TO SUBSTITUTE COUNSEL</u>**

This matter came before the Court upon Plaintiffs MSP Recovery Claims Series 44, LLC's and MSP Recovery Claims, Series LLC's (collectively, "MSP Plaintiffs"), Motion to Substitute Counsel. This Court, having reviewed the motion and court file, and having been apprised of MSP Plaintiffs' consent to the requested substitution, **ORDERS** as follows:

1. The Motion to Substitute Counsel is **GRANTED.**

2. Alan H. Rolnick, Amanda L. Fernandez, Andres Rivero, David Lee DaPonte, and Jorge A. Mestre are no longer counsel of record for MSP Plaintiffs and are relieved of and from any and all duties and further responsibilities to represent MSP Plaintiffs in this civil action and all cases transferred to this civil action to date.

3. Rivero Mestre and its attorneys are to be removed from all service lists, including the Court's CM/ECT electronic notification.

    4.    Janpaul Portal of the MSP Recovery Law Firm is substituted as counsel of record for MSP Plaintiffs.

The Clerk of Court is directed to terminate the pending motion at docket entry 24.

**DONE AND ORDERED** this  2nd  day of        April       , 2024.

New York, New York

_____
Hon. Katherine Polk Failla
United States District Judge