# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: CHANTIX (VARENICLINE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*County of Monmouth v. Pfizer Inc.*<br>1:23-cv-00096 | Case No. 1:22-md-03050 |

## MOTION TO WITHDRAW ATTORNEY
## DAVID C. MAGAGNA, JR.

Pursuant to Local Rule 1.4, attorney David C. Magagna, Jr., respectfully requests his appearance be withdrawn as counsel of record in this and all related matters on behalf of Plaintiff County of Monmouth and removed from the Court's service list with respect to this action.

No substitution of counsel is necessary as Plaintiff County of Monmouth will continue to be represented by Charles E. Schaffer, Joseph Cleemann, Joseph Peter Guglielmo, Michelle Elizabeth Conston, and Ruben Honik. The withdrawal of my appearance as counsel for the plaintiff will not cause a delay or interruption in the proceedings. The client is aware of my intention to withdraw my appearance as counsel of record.

Attorney David C. Magagna, Jr. will not be retaining or charging a lien on this case.

WHEREFORE, Plaintiff County of Monmouth respectfully request that the appearance of David C. Magagna, Jr. in this matter be withdrawn.

Respectfully submitted,

Dated: 04/19/2024        By:    */s/ David C. Magagna*
                                David C. Magagna, Jr., Esquire
                                Tel: (215)592-1500
                                Fax: (215)592-4663

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 19, 2024, a true and correct copy of the Motion to Withdraw Attorney David C. Magagna, Jr. was filed with the Clerk of Court through the Court's Electronic Filing System and served on all counsel of record using the CM/ECF system.

Dated: 04/19/2024                                                  */s/ David C. Magagna*
                                                                                 David C. Magagna, Jr., Esquire
                                                                                  Tel: (215)592-1500
                                                                                  Fax: (215)592-4663